**Opinion issued April 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00925-CR**

———————————

**KEVIN EUGENE JACKSON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCR-101771**

---

**MEMORANDUM OPINION**

Appellant Kevin Eugene Jackson, Jr. was convicted of the offense of aggravated robbery and sentenced to twelve years' confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate

Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).